GREATER NEW YORK EXPORT HOUSE, INC., Appellant, *v.* ARTHUR L. PEIRSON et al., as Trustees, Respondents, Impleaded with Others.

(Argued June 4, 1934; decided October 2, 1934.)

*Joseph I. Weissman* for motion.
*Robert Aronstein* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.